IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARY STALEY**                                                                                          **PLAINTIFF**

v.                          Case No. 4:24-cv-00658-KGB

**HMS INC.**                                                                                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Mary Staley's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied.

It is so adjudged this 11th day of September, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge